IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:23MJ409-1 |
| | ) |
| MAHMOUD MAZEN ABU-DAMES | ) |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant is entitled to appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Lisa Costner is appointed to represent Defendant in this action.

This, the 3rd day of October, 2023.

_____
Joi Elizabeth Peake
United States Magistrate Judge