# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23MJ409-1 |
| | ) | |
| MAHMOUD MAZEN ABU-DAMES | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING AND PRELIMINARY EXAMINATION

A detention hearing and preliminary examination in this case are scheduled as follows:

| Place: U.S. District Court<br>251 N. Main Street<br>Winston-Salem, NC 27101 | Courtroom No.: 2 |
|---|---|
| | Date and Time: 10/10/23 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/03/2023

_____
Judge's signature

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*