AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mahmoud Mazen ABU-DAMES | ) | Case No. 1:23MJ409-1 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

F,D 11660018

FILED
OCT 05 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __Mahmoud Mazen ABU-DAMES__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Dealing and Manufacturing Firearms Without a License in violation of Title 18 United States Code, Section 922(a)(1)(a)

Unlawful Possession of a Machinegun in violation of Title 18 United States Code, Section 922(o)

Date: __09/28/2023  8:28 am__

_____
*Issuing officer's signature*

City and state: __Durham, North Carolina__

__United States Magistrate Judge Joe L. Webster__
*Printed name and title*

### Return

This warrant was received on *(date)* __9/29/2023__, and the person was arrested on *(date)* __10/2/2023__
at *(city and state)* __Brunsboro, NC__

Date: __10/2/2023__

RECEIVED
SEP 28 2023
US Marshals Service, M/NC

_____
*Arresting officer's signature*

__SA Alyson Halonen__
*Printed name and title*