IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-MJ-409-1 |
| | ) | |
| MAHMOUD MAZEN ABU-DAMES, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF APPEARANCE

NOW COMES THE UNDERSIGNED, John D. Bryson, who gives notice that he is appearing in the above-captioned matter for the defendant Mahmoud Mazen Abu-Dames for the purpose of representing him in the above referenced matter through District Court proceedings.

This the 6th day of October 2023.

Respectfully submitted,

/s/John D. Bryson
John D. Bryson (N.C.S.B. No. 12883)
Counsel for Defendant
1912 Eastchester Dr.
Suite 400
High Point, NC 27265
Telephone: (336) 819-6016
Facsimile: (336) 819-6076
jbryson@wehwlaw.com

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 6th day of October 2023, he served true and correct copies of the foregoing document upon counsel of record by using the ECF Electronic filing system.

/s/John D. Bryson_____
John D. Bryson (N.C.S.B. No. 12883)
Attorney for Defendant

2